

FILED
5/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **1:26-cr-00248** |
| | ) | No. **Judge John Robert Blakey** |
| v. | ) | **Magistrate Judge Keri L. Holleb Hotaling** |
| | ) | **Random/Cat 4** |
| DIEGO EMMANUEL REYES | ) | Violation: Title 18, United States |
| | ) | Code, Section 111(a) and (b) |
| | ) | |
| | ) | |

THE SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois,
Eastern Division, and elsewhere,

DIEGO EMMANUEL REYES,

defendant herein, forcibly assaulted, impeded, intimidated, and interfered with
persons designated in Title 18, United States Code, Section 1114, namely a United
States Immigration and Customs Enforcement Officer, an employee of the United
States, while he was engaged in and on account of the performance of his official
duties, and such acts involved a deadly and dangerous weapon, to wit a motor vehicle;

In violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

_____

FOREPERSON

_____

Signed by Jason Yonan on behalf of
The UNITED STATES ATTORNEY